TO BE FILED UNDER SEAL
DESIGNATED CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER
ENTERED JULY 11, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| PETER ROST, | |
| Plaintiff, | 05 Civ. 10384 (GBD) (GWG) ECF |
| – against – | |
| PFIZER, INC., *et al.*, | **NOTICE OF MOTION** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Michael A. Kalish and the exhibits attached thereto, and the memorandum of law filed contemporaneously herewith, Defendants by and through their attorneys, Epstein Becker & Green, P.C., will move this honorable Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on such a date and at such a time as the Court sets, for an order (1) granting leave *nunc pro tunc* for service of written discovery requests after the deadline established in the Scheduling Order dated January 31, 2007; (2) compelling Plaintiff Peter Rost ("Rost") to respond to Defendant Pfizer Inc's Third Set of Interrogatories and Fifth Request for Production of Documents; and (3) enforcing the subpoena for deposition testimony served upon non-party Tina Forssten by directing that she answer questions Rost's counsel improperly instructed her not to answer, together with any follow-up questions appropriate to the answers she gives, and for such other relief as is just and proper in the circumstances.

Dated: December 21, 2007

EPSTEIN BECKER & GREEN, P.C.

By: ___s/ Michael A. Kalish___
    Ronald M. Green
    Barry A. Guryan
    Michael A. Kalish
    John Houston Pope
    250 Park Avenue
    New York, NY 10177-0077
    (212) 351-4500

*Attorneys for Defendants Pfizer Inc, Pharmacia Corp, Marie-Caroline Sainpy, Karen Katen, Jeffrey Kindler, and Henry McKinnell*

TO:    Jon W. Green, Esq.
       Green, Savits & Lenzo, LLC
       35 Airport Road, Suite 350
       Morristown, New Jersey 07960
       (973) 695-7777
       *Attorneys for Plaintiff*