**TO BE FILED UNDER SEAL**
DESIGNATED CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER
ENTERED JULY 11, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
PETER ROST,     :         ECF CASE
         Plaintiff,   :
     - against -         :    05 CV 10384 (GBD) (GWG)
                :
PFIZER, INC., et al.,   :
         Defendants.   :
                :
----------------------------------x

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO COMPEL ASSETS DISCOVERY**

EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177-0077
(212) 351-4500
*Attorneys for Defendants*