# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PETER ROST,

    Plaintiff,

v.

PFIZER, INC., PHARMACIA, INC.,
MARIE-CAROLINE SAINPY,
KAREN KATEN, JEFFREY
KINDLER and HENRY MCKINNELL,

    Defendants.

05 Civ. 10384 (GBD) (GWG)
ECF

**NOTICE OF CROSS-MOTION
FOR A PROTECTIVE ORDER**

---

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Christopher P. Lenzo, Esq., and the exhibits attached thereto, and Plaintiff's Brief in Opposition to Defendants' Motion to Compel Discovery of Plaintiff's Assets and in Support of Plaintiff's Cross Motion for a Protective Order, Plaintiff Peter Rost, by and through his attorneys Green Savits & Lenzo, LLC, will move this Court, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the United States Court House, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, to enter a protective order prohibiting defendants from asking any witnesses deposition questions about plaintiff's assets, whether held individually or jointly.

Dated: January 11, 2008

GREEN SAVITS & LENZO, LLC

By: /s/ *Christopher P. Lenzo*
_____
Christopher P. Lenzo (CL-5922)
35 Airport Road, Suite 200
Morristown, New Jersey 07960
(973) 695-7777
*Attorneys for Plaintiff*

To: John Houston Pope, Esq.
**EPSTEIN BECKER & GREEN, P.C.**
250 Park Avenue
New York, N.Y. 10177-0077
(212) 351-4500
*Attorneys for Defendants*