**TO BE FILED UNDER SEAL**
DESIGNATED CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER
ENTERED JULY 11, 2006

Ronald M. Green
Barry A. Guryan (*pro hac vice*)
Michael A. Kalish
John Houston Pope
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York  10177-1211
(212) 351-4500
*Attorneys for Defendants Pfizer Inc, Pharmacia Corp
and Marie-Caroline Sainpy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| PETER ROST, | : | ECF CASE |
| Plaintiff, | : | |
| | : | 05 CV 10384 (GBD) (GWG) |
| - against - | : | |
| | : | DEFENDANTS' STATEMENT, |
| PFIZER, INC., et al., | : | PURSUANT TO LOCAL CIVIL |
| | : | RULE 56.1, OF MATERIAL |
| Defendants. | : | FACTS NOT IN DISPUTE |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x