UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PETER ROST,

                Plaintiff,                              05 CIVIL 10384(GBD)

      -against-                                      **JUDGMENT**

PFIZER, INC., PHARMACIA, INC., MARIE-
CAROLINE SAINPY, KAREN KATEN, JEFFREY
KINDLER, AND HENRY MCKINNELL,
                Defendants.
----------------------------------------------------------------X

      Defendants having moved for summary judgment; plaintiff having cross-moved for partial summary judgment, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on September 24, 2009, having rendered its Memorandum Decision and Order granting defendants' motion for summary judgment, dismissing plaintiff's claims, and denying plaintiff's motion for summary judgment as moot, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 24, 2009, defendants' motion for summary judgment is granted; plaintiff's claims are dismissed; and plaintiff's motion for summary judgment is denied as moot.

**Dated:** New York, New York
         September 26, 2009                          **J. MICHAEL McMAHON**
                                                                                         Clerk of Court
                                                                BY:
                                                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____