UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ROST,
                    Plaintiff,

     -against-                                                 ORDER

PFIZER, Inc. et al,                                              05cv10384(GBD)

                  Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

     Plaintiff's request to unseal and make publically available all documents currently sealed under the July 11, 2006 Protective Order is DENIED.

     Any further requests regarding the availability of the record for the appeal of this case should be addressed to the Second Circuit Court of Appeals.

Dated: New York, New York
       November 3, 2009

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge